UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AIMEE O'NEIL, *pro se*,

    Plaintiff,

v.                            Case No. 8:09-cv-2625-T-30AEP

PASCO COUNTY,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file reveals that this Court entered an Order (Dkt. #10) on February 1, 2010, which denied Plaintiff's construed Motion for Leave to Proceed *In Forma Pauperis* and dismissed Plaintiff's Complaint. Plaintiff was given twenty (20) days in which to file an Amended Complaint. An Amended Complaint has never been filed. On February 25, 2010, Plaintiff filed a Notice of Appeal (Dkt. #14) of this Court's Order (Dkt. #10). On June 22, 2010, the Eleventh Circuit Court of Appeals issued a mandate (Dkt. #19) which denied Plaintiff's appeal as frivolous.

In light of the foregoing, no issues remain pending before this Court. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 16, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2009\09-cv-2625.dismissal.wpd